JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALEXANDER BOLDEN, | Case No. 2:20-cv-04392-JFW (MAA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FELICIA PONCE, | |
| Defendant. | |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: January 6, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE